BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:   (858) 914-2002
Email:       fbottini@bottinilaw.com
             achang@bottinilaw.com
             ykolesnikov@bottinilaw.com

*Counsel for Plaintiff Gregory M. Miller*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREGORY M. MILLER, derivatively on behalf of SOLAZYME, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN S. WOLFSON, MICHAEL V. ARBIGE, IAN T. CLARK, JAMES R. CRAIGIE, JERRY FIDDLER, PETER KOVACS, DAVID C. COLE, and TYLER W. PAINTER, <br><br> Defendants, <br><br> - and - <br><br> SOLAZYME, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 15-cv-3880 HSG <br><br> **Order Granting Voluntary Dismissal of Action Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2)** |

1       This matter comes before the Court on plaintiff Gregory M. Miller's Unopposed Request for Voluntary Dismissal of Action Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2). Having considered plaintiff's unopposed request and the supporting Declaration of Albert Y. Chang, the Court grants the request and orders that:

      1.    This action shall be dismissed without prejudice under Rule 41(a)(2); and

      2.    The parties shall bear their own attorneys' fees, costs, and litigation expenses.

      IT IS SO ORDERED.

Dated: March 23, 2018

                                              The Honorable Haywood S. Gilliam, Jr.
                                              United States District Judge